No. 1603. Rodríguez, Apelado, v. Infanzón, Apelante.—Indemnización de perjuicios. San Juan, Sección Primera. Diciembre 22, 1916. *Desestimada la apelación por falta de jurisdicción.*

No. 1664. Rivas, Apelada, v. Cruz et al., Apelantes.—Nulidad. Humacao. Diciembre 22, 1916. *Desestimada la apelación.*

No. 1115. El Pueblo, Apelado, v. Rivera et al., Apelantes.—Juegos prohibidos. Ponce.

No. 1122. El Pueblo, Apelado, v. Castañeda et al., Apelantes.—Alterar la paz. San Juan, Sección Segunda.

Diciembre 22, 1916. *Confirmadas las sentencias.*

No. 1081. El Pueblo, Apelado, v. Ricci, Apelante.—

No. 1082. El Pueblo v. Ricci, Apelante.—

Infracción artículo 14, Ley Servicio Civil. Guayama. Enero 9, 1917. *Sobreseídos los casos por fallecimiento del acusado.*

No. 1610. Ortiz, Apelado, v. Guardian Assurance Co., Ltd., Apelante.—Aprobación de pliego de excepciones.

No. 1611. Ortiz v. Guardian Assurance Co., Ltd.—Cobro de dinero, importe de póliza.

Guayama, Enero 12, 1917. *Desestimadas las apelaciones.*

No. 172. Padovani, Peticionario, v. Foote, Juez de Distrito.—*Certiorari.* Enero 12, 1917. *Sin lugar la solicitud.*

No. 1612. El Pueblo, Apelado, v. Barrios, Apelante.—Abintestato. San Juan, Sección Segunda. Enero 16, 1917. *Desestimada la apelación.*